# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BARNA,** | : |
| | : |
| Plaintiff, | : |
| v. | :    3:12-CV-638 |
| | :    (JUDGE MARIANI) |
| **BOARD OF SCHOOL DIRECTORS** | : |
| **OF THE PANTHER VALLEY** | : |
| **SCHOOL DISTRICT, et al.,** | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS  6th  DAY OF NOVEMBER, 2015, upon consideration of the Motion for Summary Judgment of Defendants (Doc. 49), the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 66), the objections thereto by Plaintiff John Barna (Doc. 67), the Motion for Summary Judgment of Plaintiff (Doc. 77), and all accompanying briefs and the oral argument of the parties, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 66) is **ADOPTED** as modified in this Court's Memorandum Opinion;

2. The Motion for Summary Judgment of the Board of School Directors of the Panther Valley School District a/k/a Panther Valley Board of Education, Anthony DeMarco, David Hiles, William Hunsicker, Jeffrey Markovich, Koreen Nalesnik, Anthony Pondish and Donna Trimmel (Doc. 49) is **GRANTED**;

3. The Motion for Summary Judgment of Plaintiff, John Barna, (Doc. 77) is **DENIED**;

4. Judgment is **HEREBY ENTERED IN FAVOR OF** Defendants Board of School Directors of the Panther Valley School District a/k/a Panther Valley Board of Education, Anthony DeMarco, David Hiles, William Hunsicker, Jeffrey Markovich, Koreen Nalesnik, Anthony Pondish and Donna Trimmel, and **AGAINST** Plaintiff John Barna; and

5. The Clerk is directed to **CLOSE** this case.

／s／ _____
Robert D. Mariani
United States District Judge